■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTONIO MARMORATO, Appellant. [826 NYS2d 572]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 7, 1988 (*see People v Marmorato,* 138 AD2d 410 [1988]), affirming a judgment of the Supreme Court, Kings County, rendered January 20, 1987.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Schmidt, Crane and Ritter, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLINTON MARSH, Appellant. [826 NYS2d 571]—Appeal by the defendant from a judgment of the County Court, Orange County (DeRosa, J.), rendered October 19, 2005, convicting him of criminal possession of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Crane, J.P., Mastro, Santucci and Lifson, JJ., concur.